Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-344-685

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

## Title

Title of Work: Black Hole In The Milky Way

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: September 07, 2017
Nation of 1st Publication: Russia

## Author

Author: Eva Gamaiun
Author Created: 2-D artwork
Citizen of: Russia

## Copyright Claimant

Copyright Claimant: Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions

Name: Eva Gamaiun
Email: alienmothinc@gmail.com

## Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: EG2023032704

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-344-947

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 03, 2023

---

## Title

**Title of Work:** Blue Valentine

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 05, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Eva Gamaiun
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions

**Name:** Eva Gamaiun
**Email:** alienmothinc@gmail.com

## Certification

**Name:** David Denholm
**Date:** March 27, 2023
**Applicant's Tracking Number:** EG2023032701

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-344-684

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Colorful Me |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | December 16, 2014 |
| Nation of 1st Publication: | Russia |

## Author

| | |
|---|---|
| • Author: | Eva Gamaiun |
| Author Created: | 2-D artwork |
| Citizen of: | Russia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Eva Gamaiun |
| | 30 North Gould Street, STE R, Sheridan, WY, 82801, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Eva Gamaiun |
| Email: | alienmothinc@gmail.com |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | March 27, 2023 |
| Applicant's Tracking Number: | EG2023032703 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-344-687**

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

### Title

Title of Work:  Felinoid Fall

### Completion/Publication

Year of Completion:  2018
Date of 1st Publication:  June 28, 2018
Nation of 1st Publication:  Russia

### Author

Author:  Eva Gamaiun
Author Created:  2-D artwork
Citizen of:  Russia

### Copyright Claimant

Copyright Claimant:  Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

### Rights and Permissions

Name:  Eva Gamaiun
Email:  alienmothinc@gmail.com

### Certification

Name:  David Denholm
Date:  March 27, 2023
Applicant's Tracking Number:  EG2023032706

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-739

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

## Title

Title of Work: Inner Fish

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: February 09, 2020
Nation of 1st Publication: Russia

## Author

- Author: Eva Gamaiun
  Author Created: 2-D artwork
  Citizen of: Russia

## Copyright Claimant

Copyright Claimant: Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions

Name: Eva Gamaiun
Email: alienmothinc@gmail.com

## Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: EG2023032707

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-681

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

## Title

**Title of Work:** Kintsugi

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 18, 2019
**Nation of 1st Publication:** Russia

## Author

**Author:** Eva Gamaiun
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions

**Name:** Eva Gamaiun
**Email:** alienmothinc@gmail.com

## Certification

**Name:** David Denholm
**Date:** March 27, 2023
**Applicant's Tracking Number:** EG2023032702

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-738

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

## Title
        Title of Work:   Lunar Pollen

## Completion/Publication
      Year of Completion:   2017
   Date of 1st Publication:   March 14, 2017
  Nation of 1st Publication:   Russia

## Author
             Author:   Eva Gamaiun
      Author Created:   2-D artwork
         Citizen of:   Russia

## Copyright Claimant
     Copyright Claimant:   Eva Gamaiun
                30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions
            Name:   Eva Gamaiun
            Email:   alienmothinc@gmail.com

## Certification
            Name:   David Denholm
             Date:   March 27, 2023
 Applicant's Tracking Number:   EG2023032709



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-344-708**

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

### Title

Title of Work: MindMelter

### Completion/Publication

Year of Completion: 2019
Date of 1st Publication: August 28, 2019
Nation of 1ˢᵗ Publication: Russia

### Author

• Author: Eva Gamaiun
Author Created: 2-D artwork
Citizen of: Russia

### Copyright Claimant

Copyright Claimant: Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

### Rights and Permissions

Name: Eva Gamaiun
Email: alienmothinc@gmail.com

### Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: EG2023032710

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-714

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023

---

### Title

Title of Work: The Ghostmaker

### Completion/Publication

Year of Completion: 2017
Date of 1st Publication: October 03, 2017
Nation of 1st Publication: Russia

### Author

• Author: Eva Gamaiun
Author Created: 2-D artwork
Citizen of: Russia

### Copyright Claimant

Copyright Claimant: Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

### Rights and Permissions

Name: Eva Gamaiun
Email: alienmothinc@gmail.com

### Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: EG2023032708

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-344-686

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 02, 2023



## Title
 

Title of Work: Traum

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: February 03, 2019
Nation of 1st Publication: Russia

## Author

- Author: Eva Gamaiun
  Author Created: 2-D artwork
  Citizen of: Russia

## Copyright Claimant

Copyright Claimant: Eva Gamaiun
30 North Gould Street, STE R, Sheridan, WY, 82801, United States

## Rights and Permissions

Name: Eva Gamaiun
Email: alienmothinc@gmail.com

## Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: EG2023032705

Page 1 of 1

